## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

GLENN D. ODOM                                                                                PLAINTIFF

v.                                                         CIVIL ACTION NO. 3:06CV-P623-S

BARRY WILLET *et al.*                                                         DEFENDANTS

### MEMORANDUM OPINION

On August 17, 2009, the Louisville Metro Department of Corrections sent a letter to this Court advising that Plaintiff is no longer in its custody (DN 11). Over a month has passed, and Plaintiff has not advised the Court of any change in his address.

Pursuant to Local Rule 5.2(d), "All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions." Apparently, Plaintiff is no longer incarcerated at Louisville Metro Department of Corrections, and he has not provided any forwarding address to the Court. Since neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff, the Court concludes that Plaintiff has abandoned his interest in prosecuting this action. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

The Court will, therefore, dismiss the action by separate Order.

Date: September 22, 2009

Charles R. Simpson III, Judge
United States District Court

cc:     Plaintiff, *pro se*
4411.005