UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**GLENN D. ODOM**                                                       **PLAINTIFF**

v.                                           **CIVIL ACTION NO. 3:06CV-P623-S**

**BARRY WILLET** *et al.*                                        **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

The Court **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

There being no just reason for delay in its entry, this is a final Order.

Date: September 22, 2009

Charles R. Simpson III, Judge
United States District Court

cc:     Plaintiff, *pro se*
4411.005